

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

               Plaintiff,

    v.

TYCO INTERNATIONAL LTD.,

               Defendant.

06-CV-2942 (RWS)
ECF CASE

---

### ORDER DIRECTING CLERK TO DISBURSE FUNDS TO PAY FEES AND EXPENSES OF TAX ADMINISTRATOR

The Court, having reviewed the Motion for Order Directing Clerk to Disburse Funds to Pay Fees and Expenses of Tax Administrator filed by Plaintiff Securities and Exchange Commission ("SEC"), and the supporting Declaration of Jude P. Damasco in Support of Fee Request ("Damasco Fee Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall issue a check on the CRIS account under the docket number, 06-CV-2942 (RWS), and case name designation, SEC v. Tyco International Ltd., in the amount of $1,571.33 payable to "Damasco & Associates LLP," for the payment of fees and expenses of the Tax Administrator, as set forth in the Damasco Fee Declaration. The check shall contain the notation "SEC v. Tyco International Ltd., No. 06-CV-2942 (RWS), Tax Administrator fees and expenses."

2. The Clerk shall send the check by overnight delivery via federal express or other overnight service to the Tax Administrator at the following address:

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-16-10
```

Damasco & Associates LLP
700 Monte Vista Lane
Half Moon Bay, CA 94019
Phone: 650-726-4100

3. The SEC's counsel shall provide the Clerk with all information necessary to facilitate the expeditious shipping and delivery of the check to the Tax Administrator, which information may include the SEC's overnight delivery service account number.

_____
ROBERT W. SWEET
United States District Judge

Dated: New York, New York
       2/16, 2010