UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> TYCO INTERNATIONAL LTD., : <br> : <br> Defendant. : | Civil Case No. 06-CV-2942(RWS) <br> ECF CASE |

### THE FUND ADMINISTRATOR'S SEVENTH PROGRESS REPORT

The Garden City Group, Inc. ("GCG"), the Court-appointed Fund Administrator in the above-captioned matter, respectfully submits this seventh progress report, pursuant to the Distribution Plan (the "Plan") approved by the Court on November 24, 2010. This Court's August 8, 2009 Order, authorized the creation of a Fair Fund and appointed GCG as the Fund Administrator to implement the distribution of the Fair Fund. Pursuant to Section 7.2 of the Plan, the Fund Administrator was required to file a progress report within 45 days of the entry of the Plan, and file additional reports within 20 days after the end of every quarter thereafter. This seventh report covers the third Quarter of 2012.

## Tasks Performed by the Fund Administrator
## Since the Sixth Progress Report

Since the Sixth Progress Report, GCG has performed the following tasks pursuant to the Plan:

- GCG continued to host and monitor the toll-free telephone hot-line with an Interactive Voice Response ("IVR") platform which was designed to assist Potentially Eligible Claimants with their inquiries, provide general updates regarding the matter, and gives callers the opportunity to speak with a live operator for additional questions regarding the matter or claim specific inquiries. In the event that the live operator could not answer a Potentially Eligible Claimants inquiry, his/her inquiry was escalated to the Project Manager for the matter. Since GCG's last filed report, GCG has received 1,238 additional phone calls to the telephone hot-line, of which 28 were escalated to the Project Manager. Through September 30, 2012, GCG has received, 35,126 phone calls to the toll-free number;

- GCG continued to maintain and monitor the dedicated P.O. Box for this matter. GCG sorted incoming mail into Proofs of Claim, and other types of mail (administrative mail), and handled them as appropriate. Since the last filed report, GCG continues to handle administrative mail; and

- GCG continued to maintain and monitor the settlement email box for this matter *(Questions@TycoSECsettlement.com)*. Claimants continue to inquire how to file late claims, request specific claim status and request the current status of the litigation. Since the last filed report, GCG has received and responded to emails from numerous claimants, some of which required multiple emails and all of which have been responded to.

*Anticipated Next Steps*

Following this seventh progress report, GCG will continue to carry out the terms of the Plan to:

- Work with the Commission to file a motion to transfer the funds in the Tyco CRIS account to the Fund Administrator and authorize the Fund Administrator to distribute the Fair Fund proceeds to the Eligible Claimants listed on the Court-approved Final Payee List;

- File the next Progress Report within 20 days after the end of the next quarter pursuant to Section 7.2 of the Plan; and

- Perform any other tasks as necessary to administer the Fair Fund.

## Location of Fair Fund and Disbursements
## From Fair Fund During the Quarterly Period

The proceeds of the Fair Fund in this matter remain on deposit with the Court Registry Investment System ("CRIS") under the case name designation, "SEC v. Tyco International Distribution Fund," Account Numbers 1:06cv02942-1 and 1:06cv02942-2. The balances of the Fair Fund accounts as of September 30, 2012 were $56,202,233.57 combined (the accounts held balances of $53,458,975.50 and $2,743,258.07, respectively). Further, a total of $4,788.14 in interest payments was deposited into the accounts. As of September 30, 2012, the Fair Fund has earned a total of $29,036.72 in interest payments.

Dated: October 19, 2012

Respectfully submitted,

By: _____
Stephen J. Cirami
Fund Administrator
The Garden City Group, Inc.
1985 Marcus Avenue
Lake Success, NY 11042

3

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Seventh Progress Report of the Fund Administrator was filed electronically on October 19, 2012. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's ECF System.

Jennifer Jordan
The Garden City Group, Inc.
1985 Marcus Avenue
Lake Success, NY 11042
Phone: 631-470-5158
Fax: 631-940-6549